IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RALPH LESLIE BUSLER,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.             Case No. 12-cv-76-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Ralph Leslie Busler attorney fees and costs in the amount of $5,300.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


  _____s/ A. Wiseman, Deputy Clerk_____  _____June 13, 2014_____
    Peter Oppeneer, Clerk of Court       Date